**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 24, 2026

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Felix Mejia Rosario*, 26 Cr. 298 (NRB)**

Dear Judge Buchwald:

The Government writes on behalf of the parties to jointly request an adjournment of the conference currently scheduled for September 29, 2026. The requested adjournment will allow the parties to continue ongoing conversations about a potential pretrial resolution. The parties are available on October 13, 2026 at 3:30 p.m. This is the first request for an adjournment in this case.

The Government also respectfully requests the exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the exclusion would allow the parties to continue the aforementioned discussions and allow for a potential pre-trial resolution. The defendant consents to the exclusion of time.

So Ordered
Naomi Reice Buchwald, USDJ
9/24/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *Getzel Berger*
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc: Defense Counsel (by ECF)